**Opinion filed June 4, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00116-CV

_____

## IN RE EDDIE EDINGTON

**Original Mandamus Proceeding**

## MEMORANDUM OPINION

Eddie Edington has filed in this court a motion to dismiss his petition for writ of mandamus. The motion is granted, and the petition for writ of mandamus is dismissed.

PER CURIAM

June 4, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.